THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE WASH-
INGTON BUILDING COMPANY et al., Appellants, *v.* THOMAS L.
FEITNER et al., Commissioners of Taxes and Assessments of
the City of New York, Respondents.

(Submitted October 1, 1900; decided October 16, 1900.)

Motion for reargument denied, with ten dollars costs. (See
163 N. Y. 384.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL S.
BURR, Appellant, *v.* THE BOARD OF SUPERVISORS OF BROOME
COUNTY, Respondent.

*People ex rel. Burr* v. *Board of Supervisors,* 47 App. Div. 629, affirmed.
(Submitted October 1, 1900; decided October 23, 1900.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered March
9, 1900, confirming the proceedings of the defendant in respect
to certain claims against the county of Broome sought to be
reviewed on certiorari.

*C. H. Hitchcock* for appellant.

*H. D. Hinman* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.